# Order

Michigan Supreme Court
Lansing, Michigan

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128403(148)

IN RE PETITION BY THE WAYNE COUNTY
TREASURER FOR FORECLOSURE OF
CERTAIN LANDS FOR UNPAID
PROPERTY TAXES.
_____/

WAYNE COUNTY TREASURER,
          Petitioner-Appellee,

v

WESTHAVEN MANOR LIMITED DIVIDEND
HOUSING ASSOCIATION and MICHIGAN
STATE HOUSING DEVELOPMENT
AUTHORITY,
          Respondents-Appellees,

and

WESTERN WAYNE REALTY, L.L.C., d/b/a
REMAX SYNERGY,
          Intervening Party-Appellant.
_____/

SC: 128403
COA: 249807
Wayne CC: 01-120001-PZ

On order of the Court, the motion for reconsideration of this Court's order of September 15, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CORRIGAN and MARKMAN, JJ., would grant reconsideration, and on reconsideration, would grant leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

p0123